## STATE of Missouri, Respondent,

v.

## Joshua S. DUNKIN, Appellant.

### No. WD 63749.

Missouri Court of Appeals,
Western District.

June 7, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 2005.

William Edgar Shull, Jr., Liberty, MO, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., RONALD R. HOLLIGER, and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

Joshua Dunkin was convicted by a jury of first-degree burglary, second-degree assault, and armed criminal action. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).